Galit Kierkut
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 360-7900
kierkutg@gtlaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAIER US APPLIANCE SOLUTIONS, INC. D/B/A GE APPLIANCES, <br><br> Plaintiff, <br><br> v. <br><br> MIDEA AMERICA CORP., <br><br> Defendant. | Civil Action No.:   2-25-cv-3189 <br><br><br> **APPLICATION FOR ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |

Plaintiff, Haier US Appliance Solutions, Inc., d/b/a GE Appliances ("GE Appliances"), moves this Court for a temporary restraining order and an order to show cause why a preliminary injunction should not issue pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure, restraining Defendant, Midea America Corp. ("Midea"), from using, disclosing, or disseminating confidential or proprietary information or information not generally known to others outside of GE Appliances.  This application is based on the accompanying Memorandum of Law in Support of Plaintiff's Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, and on such other pleadings, evidence, and argument as the Court may consider.

The specific relief being sought is set forth in GE Appliances' proposed Order to Show Cause With Temporary Restraints.

Dated:  April 24, 2025              ___/s/ Galit Kierkut_____
                                    Galit Kierkut
                                    *Attorneys for Plaintiff*

                                    **GREENBERG TRAURIG, LLP**
                                    500 Campus Drive, Suite 400
                                    Florham Park, New Jersey 07932
                                    (973) 360-7900
                                    kierkutg@gtlaw.com