Galit Kierkut
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 360-7900
kierkutg@gtlaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAIER US APPLIANCE SOLUTIONS, INC. D/B/A GE APPLIANCES,<br><br>    Plaintiff,<br><br>v.<br><br>MIDEA AMERICA CORP.,<br><br>    Defendant. | Civil Action No.:<br><br><br>**ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |

**WHEREAS** this matter having been opened to the Court by Plaintiff, Haier US Appliance Solutions, Inc., d/b/a GE Appliances ("GE Appliances"), by way of Order to Show Cause seeking an immediate Temporary Restraining Order to restrain Midea America Corp. ("Midea") from using, disclosing, or disseminating confidential or proprietary information or information not generally known to others outside of GE Appliances that Midea obtained as a result of hiring certain GE Appliances former employees (the "Targeted Employees," as defined in GE Appliances' Verified Complaint); authorizing discovery to proceed; and, setting down a schedule to address a Preliminary Injunction; and

**WHEREAS** the Court having considered the papers submitted by GE Appliances in support of the motion, the Verified Complaint, and the supporting brief and declaration;

**NOW THEREFORE** the Court Orders as follows:

Midea shall show cause (unless Midea waives the right to do so) before this Court located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, Courtroom No. _____, on the ___ day of _____ 2025, at _____a.m./p.m., why an order should not be entered granting GE Appliances a preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) that would:

(a)      Enjoin Midea and all parties acting in concert with Midea from using, disclosing, or disseminating confidential or proprietary information or information not generally known to others outside of GE Appliances that Midea obtained as a result of hiring the Targeted Employees;

(b)      Enjoin Midea and all parties acting in concert with Midea from employing or engaging any Targeted Employee in any specific role, position, or capacity in which such Targeted Employee will be likely to or inevitably have to use any of GE Appliances' confidential, proprietary, or trade secret information or data in order to perform such role;

(c)      Require Midea to return to GE Appliances, all originals and copies of any confidential, propriety, or trade secret information of GE Appliances in its possession, custody or control; and,

ACTIVE 710042303v2

(d)    Cause any electronic copies of GE Appliances' confidential, propriety, or trade secret information identified on Midea's computers, network, systems, online accounts, or any other electronic storage devices, media, or locations, including but not limited to cloud-based servers and accounts to be forensically removed.

**AND** it being shown by the accompanying memorandum of law that GE Appliances will suffer immediate and irreparable harm pending the hearing of the motion brought on by this Order to Show Cause, a temporary restraining order will be in effect, providing the relief requested by Plaintiff on this motion for a preliminary injunction pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that Midea and all parties in active concert or participation with Midea are temporarily **ENJOINED AND RESTRAINED** from using, disclosing, or disseminating confidential, proprietary, or trade secret information that Midea obtained as a result of hiring the Targeted Employees. This temporary restraining order shall remain in effect until the date for the hearing on the order to show cause set forth above or on any such further date set by the Court; and it is further

**ORDERED** that the security in the sum of _____ shall be posted by Plaintiff on or before _____; and it is further

**ORDERED** that discovery in this matter shall commence immediately, and GE Appliances shall be entitled to expedited discovery including:

(a)   Requiring Midea to disclose to GE Appliances the following information for each Targeted Employee: (1) title, position, and department with Midea; (2) start date at Midea; (3) specific job description and duties with Midea including specific projects each Targeted Employee has been working on since joining Midea; (4) the supervisor's name and position and duties; and (5) company e-mail address with Midea,

(b)   Pre-Hire communications with, and personnel files of, each Targeted Employee,

(c)   Specific protections Midea has put into place to protect against disclosure or use of GE Appliances confidential or proprietary information,

(d)   Forensic review of the Targeted Employees' emails to determine whether GE Appliances confidential information has been shared,

(e)   Depositions of the Targeted Employees and a representative of Midea to investigate the extent of overlap between their positions at GE Appliances and Midea; and it is further

**ORDERED** that GE Appliances shall promptly serve a copy of this Order, the Summons and Complaint, and the papers filed by GE Appliances in support of this motion by overnight courier to Midea's registered agent, Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301, and such service shall constitute good and valid service on Midea, with a courtesy copy to Midea's in-house counsel, via email to Paul Colonna (paul.colonna@midea.com) and Susan Gernert (Susan.Gernert@midea.com).

4

Midea's answering papers on the motion for a preliminary injunction, if any, shall be filed with the Clerk of this Court and served upon the attorneys for GE Appliances on or before _____ a.m./p.m. on the ___ day of _____, 2025.

GE Appliances' reply papers on the motion for a preliminary injunction, if any, shall be filed with the Clerk of this Court and served upon Midea on or before _____ a.m./p.m. on the __ day of _____, 2025.

Midea is warned that any act by Midea in violation of any of the terms of this Order after proper notice to Midea may be considered and prosecuted as a contempt of this Court.

**SO ORDERED**

_____

United States District Judge

5

ACTIVE 710042303v2