

**7 7 4 6 1 6**

**Plaintiff**
HAIER US APPLIANCE SOLUTIONS, INC. D/B/A GE APPLIANCES

vs

**Defendant**
MIDEA AMERICA CORP.

Person to be served: MIDEA AMERICA CORP. C/O
PAUL COLONNA, HEAD OF LEGAL NORTH AMERICA
Address:
300 KIMBALL DRIVE
PARSIPPANY NJ 07054

**Attorney:**

GREENBERG TRAURIG, LLP
500 CAMPUS DRIVE SUITE 400
FLORHAM PARK NJ 07932

**Papers Served:**
APPLICATION FOR ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS CIVIL COVER SHEET, VERIFIED COMPLAINT WITH EXHIBITS

UNITED STATES DISTRICT
COURT
DISTRICT OF NEW JERSEY

DOCKET NO.  2:25-CV-03189

**AFFIDAVIT OF SERVICE**
(for use by Private Service)

Cost of Service pursuant to R4:4-30

$ _____

**Service Data:**

Served Successfully __✓__    Not Served _____    Date: 4/25/25    Time: 10:00Am    Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household
member over 14 years of age residing therein at place of abode.

__✓__ Left a copy with a person authorized to accept
service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship/title

_Paul Colonna_

_Head of Legal North America_

**Description of Person Accepting Service:**
Age: 46    Height: 5'10    Weight: 220    Hair: Black    Sex: M    Race: Whit

**Non-Served:**

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time _____
_____ Date _____ Time _____
_____ Date _____ Time _____
( ) Other:_____    Comments or Remarks_____

Subscribed and Sworn to me this 28th day of APRIL 2025

_Patricia Knapp_
Notary Signature

I, DAVID J. MURGITTROYD , was at
time of service a competent adult not having a direct
interest in the litigation. I declare under penalty
of perjury that the foregoing is true and correct.

_[signature]_    4/25/25
Signature of Process Server    Date

PATRICIA E KNAPP
Notary Public, State of New Jersey
Comm. # 2447530
My Commission Expires 06/25/2029

DGR LEGAL, INC.
1359 Littleton Road, Morris Plains, NJ 07950-3000
(973) 403-1700  Fax (973) 403-9222

**Work Order No.**    774616

File No.    172136.210700

Galit Kierkut
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
(973) 360-7900
kierkutg@gtlaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAIER US APPLIANCE SOLUTIONS, INC. D/B/A GE APPLIANCES, | Civil Action No.:  2-25-cv-3189 |
| Plaintiff, | |
| v. | **APPLICATION FOR ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS** |
| MIDEA AMERICA CORP., | |
| Defendant. | |

Plaintiff, Haier US Appliance Solutions, Inc., d/b/a GE Appliances ("GE Appliances"), moves this Court for a temporary restraining order and an order to show cause why a preliminary injunction should not issue pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure, restraining Defendant, Midea America Corp. ("Midea"), from using, disclosing, or disseminating confidential or proprietary information or information not generally known to others outside of GE Appliances. This application is based on the accompanying Memorandum of Law in Support of Plaintiff's Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, and on such other pleadings, evidence, and argument as the Court may consider.

The specific relief being sought is set forth in GE Appliances' proposed Order to Show Cause With Temporary Restraints.

Dated:  April 24, 2025                    ___*/s/ Galit Kierkut*_____
                                          Galit Kierkut
                                          *Attorneys for Plaintiff*

                                          **GREENBERG TRAURIG, LLP**
                                          500 Campus Drive, Suite 400
                                          Florham Park, New Jersey 07932
                                          (973) 360-7900
                                          kierkutg@gtlaw.com