**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CHAMBERS OF
MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST. ROOM 4066
NEWARK, NJ 07101
973-297-4903

May 1, 2025

VIA ECF
All Counsel of Record

**LETTER ORDER**

Re:    **Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances v. Midea America Corp.**
       **Civil Action No. 25-03189**

Dear Litigants:

Before the Court is Plaintiff Haier U.S. Appliance Solutions, Inc. d/b/a GE Appliances' ("GE Appliances") Motion for a Temporary Restraining Order ("TRO"), Preliminary Injunction, and expedited discovery pursuant to Federal Rule of Civil Procedure 65. ECF No. 2 (the "Motion"). The Court has reviewed the application and denies Plaintiff's request for a TRO.

Briefly, Plaintiff filed a five-count Verified Complaint on April 24, 2025, ECF No. 1 ("Complaint"), seeking to protect and recover certain of its trade secrets and confidential and proprietary information from its industry competitor, Defendant Midea America Corp. ("Midea"), and enjoin Midea from accessing and using such information after Midea hired six of GE Appliances' former employees over the last three months, most recently on March 27, 2025. See generally Compl. The Complaint alleges violations of the Defend Trade Secrets Act and the New Jersey Trade Secrets Act, as well as claims for tortious interference, misappropriation, and unfair competition. Id.; See Mot. at 3. On the same date, Plaintiff filed the Motion seeking emergency and preliminary injunctive relief to prevent Midea from exploiting GE Appliances' proprietary confidential and trade secret information (the "GEA Trade Secrets"). Mot. at 1. Plaintiff served Defendant on April 25, 2025. See ECF No. 6.

Plaintiff has failed to make a "clear and specific showing" of "good and sufficient reasons" why a procedure other than by notice of motion is necessary. See L. Civ. R. 65.1(a); Fed. R. Civ. P. 65(b)(1)(A). The employees left Plaintiff's employment more than one month ago. There are not even allegations that the GEA Trade Secrets have been disseminated. The parties should proceed with regular motion practice. Magistrate Judge Almonte should schedule a Rule 16 conference forthwith.

2

SO ORDERED.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

2